Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Tel: (949) 464-8529
Fax: (949) 259-4548
BabakHashemiLaw@gmail.com

Attorneys for Plaintiff: JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>  Plaintiff,<br>v.<br><br>LA MICHOACANA PREMIUM DE SANTA ANA I, INC., a California corporation; MGP XI SANTA ANA CENTRE LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 8:20−cv−01428−DOC−ADS<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. **David O. Carter**<br><br>Complaint Filed: August 4, 2020<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD and Defendants LA MICHOACANA PREMIUM DE SANTA ANA I, INC and MGP XI SANTA ANA CENTRE LLC, (the "Parties") have reached a settlement in this matter and Plaintiff expects to file a notice of voluntary dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Defendants have not filed responsive pleadings to Plaintiff's complaint. Plaintiff respectfully requests this Court extend applicable deadlines contained in

1   the August 5, 2020 Order (Docket No. 12) for at least 30-days to allow the parties
2   to consummate their settlement and dismiss this matter or in the alternative
3   request defaults to be entered by the Clerk.

Dated: September 10, 2020    **LAW OFFICES OF BABAK HASHEMI, ESQ.**

                             By:    */s/ Babak Hashemi* _____
                                    Babak Hashemi, Esq.
                                    Attorneys for Plaintiff