Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 464-8529
BabakHashemiLaw@gmail.com

Attorneys for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LA MICHOACANA PREMIUM DE SANTA ANA I, INC., a California corporation; MGP XI SANTA ANA CENTRE LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE No: 8:20−cv−01428−DOC−ADS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MGP XI SANTA ANA CENTRE LLC ONLY, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff JAMES RUTHERFORD, hereby voluntarily dismisses Defendant, MGP XI SANTA ANA CENTRE LLC, *only*, from the above-captioned action; and without further notice, such dismissal shall be with prejudice.

///

Respectfully Submitted.

Dated: September 12, 2020     **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: ___/s/ *Babak Hashemi*___
    Babak Hashemi, Esq.
    Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 20062 SW Birch St., Suite 200, Newport Beach, CA 92660.

On September 12, 2020, I served the true copies of the foregoing document described as **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SH MGP XI SANTA ANA CENTRE LLC** on the interested parties in this action, addressed as follows:     **Served Electronically and/or US Mail onto:**

Doug Lind
dlind@merlonegeier.com
Merlone Geier Partners
425 California Street Tenth Floor
San Francisco, CA  94104

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **September 12, 2020 a**t Newport Beach, California.

|  Babak Hashemi  |  */s/ Babak Hashemi*  |
|---|---|
| (Type or print name) | (Signature) |